UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | CIVIL CASE NO. |
| Plaintiff, | : | 3:19-CV-0998 (JCH) |
| | : | |
| v. | : | |
| | : | |
| JORDAN SIEGEL, | : | |
| Defendant. | : | MARCH 23, 2020 |
| | : | |

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST JORDAN SIEGEL

THIS CAUSE comes before the court on Plaintiff's Motion for Default Judgment Against Jordan Siegel ("Motion"), and having considered the Motion, being otherwise duly advised in the premises, and good cause appearing, the court hereby FINDS:

1. The address of plaintiff is:

    30700 Russell Ranch Road, Suite 250, Westlake Village, CA, 91362

    The name and address of Defendant is:
    Jordan Siegel
    57 Casmir Drive
    Fairfield, CT 06825

2. This court has jurisdiction over the subject matter of this case and the parties.

3. Venue is proper in this District

4. Service was effectuated.

5. The Amended Complaint states claims for direct copyright infringement, in violation of 17 U.S.C. § 101, and contributory copyright infringement upon which relief may be granted against Defendant.

1

6. Defendant has failed to plead or otherwise defend against plaintiff's Amended Complaint in this action.

7. Defendant is not a minor, incompetent person, or in active military service.

8. By reason of default, defendant has admitted the truth of the allegations in Plaintiff's Amended Complaint.

9. Under Count I of the Amended Complaint, defendant is hereby found liable to plaintiff for willfully committing direct copyright infringement.

10. Defendant will continue to cause plaintiff irreparable injury.  Specifically, there is an existing threat of continued violations of plaintiff's exclusive rights to reproduce, distribute, perform and display the five (5) copyrighted works listed on Exhibit A attached hereto (the "Works") through defendant's use of the BitTorrent protocol to upload and download the Works between and among peer users without authorization from plaintiff.

11. There will be no injury to defendant caused by entry of a permanent injunction requiring defendant to cease infringing plaintiff's Works.

12. Entry of a permanent injunction against defendant will not disserve the public interest.

13. In accordance with Rule 65(d), Federal Rules of Civil Procedure, this Default Judgment shall be binding upon defendant and all other persons in active concert or participation with defendant who receives actual notice of this Default Judgment.

14. Plaintiff has submitted a Declaration demonstrating that plaintiff expended a total of $475.00 in costs, which amount this court finds reasonable.

Based on the foregoing findings, it is:

**ORDERED AND ADJUDGED** that defendant Jordan Siegel:

a) shall pay to plaintiff the sum of $3,750.00 in statutory damages, as authorized under 17 U.S.C. § 504(c)(1), and $475.00 costs, as authorized under 17 U.S.C. § 505, making a total of $4,225.00, for which let execution issue forthwith;

b) shall pay to plaintiff post-judgment interest at the current legal rate allowed and accruing under 28 U.S.C. § 1961, as of the date of this Default Judgment until the date of its satisfaction;

c) be and hereby is enjoined from directly, contributorily or indirectly infringing plaintiff's rights under federal or state law in the Works, including, without limitation, by using the internet, BitTorrent or any other online media distribution system to reproduce (e.g., download) or distribute the Works, or to make the Works available for distribution to the public, except pursuant to a lawful license or with the express authority or plaintiff; and,

d) Be and is hereby ordered to destroy all copies of plaintiff's works that he has downloaded onto any computer hard drive or server without plaintiff's authorization, and shall destroy all copies of the Works transferred onto any physical medium or device in his possession, custody, or control.

**SO ORDERED.**

Dated this 23rd day of March 2020 at New Haven, Connecticut.

                          /s/ Janet C. Hall
                          Janet C. Hall
                          United States District Judge

# Exhibit A

**Copyrights-In-Suit for IP Address 67.83.65.125**
**ISP:** Optimum Online **Location:** Fairfield, CT

| Title | Registration Number | Date of First Publication | Effective Date of Registration | Most Recent Hit UTC |
|---|---|---|---|---|
| Fifty Shades of Kate | PA0002181481 | 06/05/2019 | 06/17/2019 | 06/06/2019 |
| Everybody Plays Three Ways | PA0002109637 | 03/16/2018 | 03/28/2018 | 05/17/2019 |
| Cum In For An Orgy | PA0002139295 | 08/11/2018 | 08/27/2018 | 05/17/2019 |
| Perfect Pink Pussy | PA0002160862 | 03/15/2019 | 03/19/2019 | 03/18/2019 |
| Stunning Blondes 21st Birthday Sex Celebration | PA0002149327 | 12/27/2018 | 01/07/2019 | 01/22/2019 |

**Total Malibu Media, LLC Copyrights Infringed: 5**